UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
JONATHAN THOMAS,                    :
                                    :
          Petitioner,               :   Civ. No. 21-16164 (NLH)
                                    :
     v.                             :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
THE ATTORNEY GENERAL OF THE         :
STATE OF NEW JERSEY, et al.,        :
                                    :
          Respondents.              :
_____ :

APPEARANCE:

Jonathan Thomas
138517D 8426
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

    Petitioner Pro se

John T. Lenahan, Salem County Prosecutor
David Galemba, Assistant Prosecutor
Salem County Prosecutor's Office
Fenwick Building
87 Market Street
P.O. Box 462
Salem, NJ 08079

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Jonathan Thomas filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

WHEREAS, the Honorable Robert B. Kugler, D.N.J., ordered Respondent to answer the petition, ECF No. 3; and

WHEREAS, this matter was reassigned to the undersigned on February 25, 2022, ECF No. 7; and

WHEREAS, Respondent filed a motion for an extension to file its answer, ECF No. 8; and

WHEREAS, Respondent has since filed its response, ECF No. 9,

THEREFORE, IT IS on this 25th day of April, 2022

ORDERED that Respondent's motion for an extension, ECF No. 8, be, and hereby is, granted.  The answer is deemed timely filed; and it is further

ORDERED that Petitioner may file a traverse within 45 days of this Order; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.